UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Jess H. Kriehn, )<br>)<br>　　　　　Plaintiff, )<br>　　vs. )<br>)<br>United States Department of Transportation, )<br>)<br>　　　　　Defendant. )<br>　　　　　　　　　　　　　　　　　　　　 ) | Case No.: 2:14-cv-1311-GMN-PAL<br><br>**ORDER** |

　　　Pending before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Peggy A. Leen, (ECF No. 2), which states that Plaintiff Jess Kriehn's Complaint, (ECF No. 3), should be dismissed.

　　　A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2.  Upon the filing of such objections, the Court must make a de novo determination of those portions of the Report to which objections are made. *Id*.  The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. R. IB 3-2(b).

　　　No objections to Judge Leen's R&R were filed, and the deadline to object has now expired.  Accordingly, the Court finds good cause to accept and adopt the findings of Judge Leen.

/ / /

/ / /

/ / /

/ / /

1   **IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 2), is
2   **ADOPTED in its entirety.**
3   **IT IS FURTHER ORDERED** that Plaintiff's Complaint, (ECF No. 3), is
4   **DISMISSED**.  The Clerk shall enter judgment accordingly and close the case.
5   **DATED** this 6th day of April, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court